David **GRAHAM**, Plaintiff–Appellant,

v.

James B. **ROBBINS**, Judge; Prince William County Child Support Enforcement; Louvenia Street, Defendants–Appellees.

No. 03–6035.

United States Court of Appeals,
Fourth Circuit.

Submitted April 23, 2003.

Decided May 15, 2003.

David Graham, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Graham appeals the district court's order dismissing Graham's amended 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Graham v. Robbins*, No. CA–02–1619–AM (E.D.Va. Dec. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*